IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JAMES PATRICK SMITH, ) <br> TDCJ #1537102, ) <br>       Petitioner, ) <br> ) <br> v. ) <br> ) <br> RICK THALER, Director, ) <br> Texas Department of Criminal Justice, ) <br> Correctional Institutions Division, ) <br>       Respondent. ) | Civil No. 7:11-CV-037-O |

## FINDINGS OF THE COURT

The United States Magistrate Judge has entered a Report and Recommendation in this case. No objections were filed. After making an independent review of the pleadings, files and records, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 29th day of June, 2011.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE